UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

RAMON VAQUERO,
                Petitioner

        -against-

ROBERT KUHLMAN
                Respondent
_____

DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2026

MOTION FOR FEDERAL RULE
CIVIL LAW PROCEDURES 60(b)
(4),(6).

98 Civ. 8583  (CM) (LMS)

MEMO ENDORSED

Petitioner Ramon Vaquero Pursuant to Rules 60(b)(4), and (6) Fed. R. civil. P. request that this court vacate the order of April 11, 2001, which dismissed as time barred, his Federal Habeas Corpus pursuant to 28 U.S.C. 32254, and enter an order of void judgment, because, this court, did not have subject matter jurisdiction over the Action.

Petitioner, submitted a Federal Habeas Corpus petition challenging his state conviction, People v. Ramos, and Vaquero, 166 A.D.2d 486, 560 NYS2d 687 (2d Dept. Oct 1, 1990). Lv. to appeal to New York State court of Appeals was denied, People v. Ramos, and Vaquero, 78 N.Y.2d 925 (1991) (Titone. J.). This motion was dismissed as time barred. His leave Application to Second Circuit was similarly dismissed as untimely.

RECEIVED
OCT - 2 2025
PRO SE OFFICE

4/8/2026
Petitioner seeks an order vacating the order at Docket #16 in this action, which order was affirmed by the the Second Circuit dismissed Petitioner's appeal (See Docket #20). Mr. Vaquero's effort to persuade this court to vacate its earlier order dismissing the petition entirely was unsuccessful (See Docket #32, #33). After waiting almost 20 years, petitioner has made another 60(b) motion, this [arrow] same allegary for this court

Copies mailed/faxed/handed to counsel on 4/18/2026

[signature: Colleen McMahon]

lacked subject matter jurisdiction over his original petition because the record was purportedly incomplete. He also asks this court to rule that the appellate Division: Second Department lacked jurisdiction over some aspect of his original state court conviction.

The motion is DENIED. Petitioner's petition was dismissed as untimely; he suggests no reason why that issue can or should be revisited.

The court DECLINES to issue a certificate of appealability. Any appeal from this order would fail to raise any constitutional issue and would be taken in bad faith

Colleen McMahon
USDJ